UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI NIXON,<br><br>          Plaintiff,<br><br>    v.<br><br>GEORGE R. BLUMENTHAL,<br><br>          Defendant. | Case No. 17-cv-00937-SK<br><br>**THIRD ORDER REQUIRING JOINT STATUS REPORT**<br><br>Regarding Docket No. 65 |

On October 15, 2018, the Court required the parties to file status reports every six months, or sooner if the writ proceeding was terminated, setting forth the status of the writ proceeding. The parties filed a joint status report on April 16, 2020, but have not filed one since. By no later than November 24, 2020, the parties shall file a report to inform the Court regarding the status of the writ proceeding. Moreover, the parties are reminded that they have an obligation to file status reports every six months, without an additional order to do so each time. If the parties again fail to timely file a status report, the Court will dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) without further notice.

**IT IS SO ORDERED**.

Dated: November 13, 2020

_____
SALLIE KIM
United States Magistrate Judge