DAN SIEGEL, SBN 56400
EMILYROSE JOHNS, SBN 294319
SIEGEL, YEE, BRUNNER & MEHTA
475 14th Street, Suite 500
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
LORI NIXON

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI NIXON, | Case No. 3:17-cv-00937-SK |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
| vs. | |
| GEORGE R. BLUMENTHAL, CHANCELLOR, UNIVERSITY OF CALIFORNIA, SANTA CRUZ, | Judge: The Honorable Sallie Kim |
| | Action Filed: February 23, 2017 |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

The parties have reached a resolution in this matter. The parties therefore stipulate that the court should dismiss this matter with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and order that the parties will bear their own attorneys' fees and costs.

///

///

///

---

*Nixon v. Blumenthal*, No. 3:17-cv-00937-SK
Stipulation and [Proposed] Order for Dismissal - 1

1  SO STIPULATED.

3  Dated: November 24, 2020

5                                                SIEGEL, YEE, BRUNNER & MEHTA

7                                                By: _/s/EmilyRose Johns_____
                                                  EmilyRose Johns

                                              Attorneys for Plaintiff
                                              LORI NIXON

Dated: November 24, 2020

                                              VENABLE LLP

                                              By: _/s/ Jean-Paul Cart_____
                                                   Jean-Paul Cart

                                              Attorneys for Defendant
                                              GEORGE R. BLUMENTHAL

**PROPOSED ORDER**

Based on the parties' stipulation, the court hereby orders that this matter be dismissed with prejudice, and that each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: November ___, 2020

_____
United States Magistrate Judge